## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Special Agent Tracy E. O'Neal, being duly sworn, depose and state as follows:

## I.   INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since April 2004. As part of my employment as an ATF Special Agent I have successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and the ATF National Academy Special Agent Basic Training Program in Glynco, Georgia. Prior to this appointment I was enrolled in graduate school through Troy State University for approximately two years. While attending graduate school, I was working full time at the ATF Norfolk, VA field office, enrolled in ATF's Student Employment Program (STEP). I am a 2002 graduate of Radford University, from which I received a Bachelor of Science degree in Criminal Justice.

2.  I make this affidavit in support of a criminal complaint charging Wesley Paul HADSELL ("HADSELL") with being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1).

3.  I make this affidavit from personal knowledge based on my participation in this investigation, which has included witness interviews conducted by me and by other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is being submitted for the limited purpose of a criminal complaint, I have not included each and every fact known concerning this investigation. Rather, I have set forth only those facts that are believed to be necessary to establish probable cause.

## II.   PROBABLE CAUSE

4.  On March 20, 2015, the Norfolk Police Department (NPD) executed a search warrant at Americas Best Value Inn in connection to the disappearance of an individual, A.H. Hotel logs taken into custody by NPD show HADSELL had been residing in this hotel room since February 24, 2015, and prior NPD surveillance had also observed him at that hotel and room.

5.  NPD took several items into custody during the search of the hotel room to include approximately 80 rounds of Geco 9mm Luger ammunition. One round was located on the table in the hotel room in plain sight, and approximately 49 additional rounds were located in a box on the same table in plain sight. Approximately 30 rounds were located in a box in the air vent above the table in the hotel room. Also located during the search

1

were court documents bearing HADSELL's name and correspondence addressed to HADSELL. No other individual was listed on the hotel registry as staying in that room on or about March 20, 2015.

6. On May 11, 2015, A.B. testified in the General District Court of the City of Norfolk in the matter of *Commonwealth of Virginia v. Wesley Hadsell*, that, among other things, one night he and another individual "went over to Wes's [HADSELL's] hotel room. He [HADSELL] asked us to drop him off because he didn't have a car at the time. So we dropped him off and he invited us over. Before we went and left, he said he had to grab a bag. He said it was his bag of toys. He didn't want the cops to find out. We went back to the room. He pulled out ammo. He said he had two guns, but he kept those in the bag, put the ammo in the air vent."

7. On August 24, 2015, NPD conducted forensic analysis of HADSELL's cell phone pursuant to a search warrant. On HADSELL's phone is a video of A.H. shooting what appears to be a Glock handgun at the Norfolk County Rifle Range in Chesapeake, VA. The associated metadata showed this video was taken on 12/31/2013 at approximately noon. On August 25, 2015, I spoke with a manager at the Norfolk County Rifle Range. He provided me with a portion of the sign in log book from 12/31/2013 at that rifle range, and my inspection of that document shows a "Wes Hadsell" entry, along with an A.H. entry, on that date.

8. On August 20, 2015, Special Agent Darrell Logwood, an ATF Interstate Nexus Expert, examined the ammunition seized during the March 20, 2015, search warrant described above. SA Logwood determined that the above described ammunition was not manufactured in the Commonwealth of Virginia, and therefore had traveled in interstate or foreign commerce.

9. Based on my investigation, HADSELL has various prior felony convictions including but not limited to: On or about 2006 in the United States District Court, Southern District of Ohio, Bank Robbery, in violation of 18 U.S.C. § 2113(A); on or about 1996, in James City County District Court, Virginia, Statutory Burglary; on or about 1998, in Dare County Superior Court, North Carolina, Felonious Restraint; on or about 1998, in Dare County Superior Court, North Carolina, Breaking and Entering; and on or about 1999, in Dare County Superior Court, North Carolina, Second Degree Burglary.

### III.    CONCLUSION

Based on the aforementioned facts, I submit that there is probable cause to believe that on or about March 20, 2015, HADSELL did possess ammunition after having been previously convicted of a felony offense, in violation of 18 U.S.C. § 922(g)(1).



FURTHER YOUR AFFIANT SAYETH NOT.


_____
Tracy E. O'Neal
Special Agent, ATF


Sworn and subscribed to before me this 26th day of August 2015.

_____
United States Magistrate Judge
Douglas E. Miller
United States Magistrate Judge

3